**Exhibit O**

12/20
11:50A
pd

PEACH County, Georgia
Real Estate Transfer Tax
Paid $ -0-
Date December 20, 2013
_____
Clerk of Superior Court
Deputy

GEORGIA-Peach County
Clerk's Office Superior Court
Filed this 20th day of December, 2013
At 11:50 o'clock AM. Recorded in Deed
Book 507 Page No. 75-78 This 20th
day of December, 2013
_____
Clerk
Deputy

Return To:
Morris|Hardwick|Schneider, LLC
1303 Hightower Trail, Suite 315   Recorded December 20, 2013
Sandy Springs, GA 30350          BOOK 507 PAGE 075

CROSS INDEX TO DEED
BOOK 340, PAGE 7
PEACH COUNTY, GEORGIA
RECORDS

## DEED UNDER POWER OF SALE

STATE OF California

COUNTY OF San Diego

THIS INDENTURE, effective this 3rd day of December, 2013, by Deana Jones and Teresa Michelle Linch (hereinafter collectively referred to as "Borrower"), acting through this duly appointed attorney in fact, Alliance Realty Capital, LLC (hereinafter referred to as "Lender"), as Party of the First Part, and Alliance Realty Capital, LLC, as Party of the Second Part:

### WITNESSETH:

WHEREAS, Borrower executed and delivered that certain Security Deed given by Deana Jones and Teresa Michelle Linch to Mortgage Electronic Registration Systems, Inc., as nominee for EquiFirst Corporation, dated October 19, 2005, recorded in Deed Book 340, Page 7, Peach County, Georgia Records, last assigned to Alliance Realty Capital, LLC, by virtue of assignment recorded in Deed Book 493, Page 59, Peach County, Georgia Records, conveying the after-described property to secure a Note in the original principal amount of EIGHTY-EIGHT THOUSAND EIGHT HUNDRED AND 00/100 DOLLARS ($88,800.00);

WHEREAS, default in the payment of the required installments under said Note occurred, and by reason of said default, Lender elected, pursuant to the terms of the Security Deed and Note, and declared the entire principal and interest immediately due and payable; and

Page 1

GAFC - Deed Under Power
GA-91001479-12
2013-12-05 @ 11:57:18 / AT

*9256521*

BOOK 507 PAGE 076

WHEREAS, said entire indebtedness still being in default, Lender on behalf of Borrower, and according to the terms of said Security Deed, did advertise said property for sale once a week for four weeks immediately preceding said sale in a newspaper in Peach County, Georgia, wherein the Sheriff carried his advertisements, namely Leader-Tribune; and

WHEREAS, notice was given in compliance with Georgia Laws 1981, Volume I, Page 834, codified as O.C.G.A. Section 44-14-162.2 and Section 44-14-162.4. The notice so required was rendered by mailing a copy of the Notice of Sale submitted to the publisher to the "Debtor" (as that term is defined in O.C.G.A, Section 44-14-162.1) at least thirty days prior to the foreclosure sale date on December 3, 2013; and

WHEREAS, Lender did expose said property for sale to the highest bidder for cash on the first Tuesday in December, 2013 within the legal hours of sale at the usual place for conducting Sheriffs sales in Peach County before the Courthouse door, and offered said property for sale at public outcry to the highest bidder for cash when and where the aforesaid Party of the Second Part bid $50,000.00; AND

WHEREAS, the said property was knocked off to the Party of the Second Part for the aforementioned sum of money in cash.

NOW THEREFORE, in consideration of the premises and said sum of money and by virtue of and in the exercise of the power of sale contained in the Security Deed, the Party of the First Part has bargained, sold, granted and conveyed, and by these presents does hereby bargain, sell, grant and convey to the Party of the Second Part, said party's representatives, heirs, successors and assigns, the following described property:

> All that tract or parcel of land situate, lying and being in Land Lot 77 of the Fifth (5th) Land District of Peach County, Georgia, being known and designated as Lot 20, Section No. 2, Whispering Pines North Subdivision, according to a plat of record at Plat Book 22, Page 58, Clerk's Office, Peach Superior Court. Said plat and the record thereof are incorporated herein by reference for all purposes. Subject to any and all restrictions, easements, covenants and rights-of-way affecting said described property in addition to Restrictive Covenants as contained in instrument of record in Deed Book 214, Pages 369-373, Clerk's Office, Peach Superior Court.

TOGETHER WITH all and singular the rights, members and appurtenances thereto appertaining; also all the estate, right, title, interest, claim or demand of the Party of the First Part, or said Party's representatives, heirs, successors and assigns, legal, equitable or otherwise, whatsoever, in and to the same.

Page 2

GAFC - Deed Under Power
OA-91001479-12
2013-12-05 @ 11:57:18 / AT

*9256521*

BOOK 507 PAGE 077

THIS CONVEYANCE IS SUBJECT TO any outstanding ad valorem taxes (including taxes which are a lien, but not yet due and payable), any matters which might be disclosed by an accurate survey and inspection of the property, any assessments, liens, encumbrances, zoning ordinances, restrictions, covenants, and matters of record superior to the Security Deed.

TO HAVE AND TO HOLD the said property and every part thereof unto the said Party of the Second Part, and said party's representatives, heirs, successors and assigns, to said Party's own proper use, benefit and behoof in FEE SIMPLE, in as full and ample a manner as the said Party of the First Part or said Party's representatives, heirs, successors and assigns, did hold and enjoy the same.

Page 3

GAFC - Deed Under Power
GA-91001479-12
2013-12-05 @ 11:57:18 / AT

*9256521*

BOOK 507 PAGE 078

IN WITNESS WHEREOF, Lender, as Agent and Attorney-in-Fact for Borrower, has affixed its hand and seal on this the _12_ day of _December_, _2013_ to be effective as of the date first above written.

Alliance Realty Capital, LLC

As Attorney In Fact for

Deana Jones and Teresa Michelle Linch

By: _(signature)_

Name: _Thomas D. O'Brien_

Title: _President_

Attest: _(signature)_

Name: _Brooke Treas_

Title: _Loss Mitigation Manager_

Signed, Sealed and Delivered
in the presence of:

_(signature)_
Unofficial Witness

_(signature)_
Notary Public
My Commission Expires: June 1, 2017

(Notary Seal)

(Corporate Seal)

JASON W. SMYTH
Commission # 2026860
Notary Public - California
San Diego County
My Comm. Expires Jun 1, 2017

Page 4

GAFC - Deed Under Power
GA-91001470-12
2013-12-05 @ 11:57:18 / AT

*9256521*