IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TERESA M. LINCH, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   CIVIL ACTION NO. 5:14-CV-61 (MTT) |
| ALLIANCE REALTY CAPITAL LLC, *et al.*, | ) ) ) |
|     Defendants. | ) ) |

## ORDER

On May 23, 2014, the Court ordered the Plaintiff to show cause to the Court by June 6, 2014, as to why her case should not be dismissed for lack of subject matter jurisdiction. (Doc. 19). The Plaintiff did not respond to the Court's show cause Order. Accordingly, because the Court lacks subject matter jurisdiction on the face of the Plaintiff's complaint and because the Plaintiff failed to respond to the Court's Order, the Plaintiff's complaint is **DISMISSED without prejudice**. The Plaintiff's motion for a TRO and a preliminary injunction (Doc. 1) and the Defendants' motions to dismiss and motion for extension of time to file a reply (Docs. 10, 13, 22) are **DENIED as moot**.

**SO ORDERED**, this the 18th day of June, 2014.

                                            S/ Marc T. Treadwell
                                            MARC T. TREADWELL, JUDGE
                                            UNITED STATES DISTRICT COURT